IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| PHILLIP N KERCH, | * |
| Plaintiff, | * |
| v. | Case No.  5:23-cv-00325-MTT-CHW |
| | * |
| CHARLES MIMS, et al., | |
| | * |
| Defendants. | |
| _____ | * |

**J U D G M E N T**

Pursuant to this Court's Order dated November 13, 2023, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case. Plaintiff shall recover nothing of Defendants.

This 14th day of November, 2023.

David W. Bunt, Clerk

s/ Shabana Tariq, Deputy Clerk